UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK ANDREW WITTE,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**GENERAL NUTRITION CORPORATION and GNC PARENT, LLC,**<br><br>            **Defendants.** | Civil Action No. 15-0344 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 19], it is hereby

**ORDERED** that plaintiff's motion to remand [ECF No. 14] is **GRANTED**.  It is further

**ORDERED** that the above-captioned case is **REMANDED** to the Superior Court of the District of Columbia.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   May 13, 2015